IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO. 4:25-cr-00099-SA-JMV

MONEKEA M. SMITH-TAYLOR a.k.a.
MONEKEA M. SMITH

## PLEA AGREEMENT

The United States Attorney hereby proposes to the Court a Plea Agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant has read and fully understands this Plea Agreement and approves same, realizing that the Plea Agreement is subject to acceptance or rejection by the Court. The Plea Agreement is as follows:

1. **GUILTY PLEA:** The defendant agrees to plead guilty under oath to Count One of the Indictment, which charges that Defendant, MONEKEA M. SMITH-TAYLOR, conspired with Mario D. Willis, and with others known and unknown to the United States Attorney, with Mario D. Willis being an agent of an organization that received in excess of $10,000 in Federal program funds in each relevant one-year period, to embezzle, steal, obtain by fraud and intentionally misapply in excess of $5,000 in money that was under the care custody and control of Hollandale School District in violation of Title 18, United States Code, Sections 371 & 666(a)(1)(A), which carry maximum possible penalties of not more than 5 years imprisonment, not more than 3 years supervised release, not more than a $250,000 fine, a special assessment of $100, and restitution as appropriate.

2. OTHER CHARGES: The United States agrees not to charge the defendant with any other offenses arising from or related to the above charge and agrees to dismiss all other charges in the original Indictment in this cause upon the conclusion of sentencing on Count One of the Information.

3. RESTITUTION: Defendant understands that the Court may order restitution in accordance with the provisions of Title 18, United States Code, Section 3663 for all offenses committed and specifically agrees that restitution is not limited to the count of conviction.

4. OTHER AUTHORITIES: This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the United States with regard to any matter, criminal or civil, involving federal tax laws. Nor does this agreement bind the United States or any of its departments or agencies with regard to any civil or administrative actions or remedies.

5. VIOLATIONS OF THIS AGREEMENT: If defendant violates this agreement, all statements made pursuant hereto will be admissible against defendant, who hereby waives the provisions of Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence. Defendant may also, in that event, be prosecuted for all federal offenses, including perjury and false statements relating to this plea agreement.

6. ACKNOWLEDGMENTS: Apart from being advised of the applicability of the U.S. Sentencing Guidelines, and other than as set forth elsewhere in the plea documents, no promise or representation whatsoever has been made to Defendant as to what punishment the Court might impose if it accepts the plea of guilty. This agreement fully reflects all promises, agreements, and understandings between Defendant and the United States Attorney. Defendant's

agreement is knowing, free, and voluntary, and not the product of force, threat, or coercion. Defendant is pleading guilty because defendant is in fact guilty.

This the 13th day of January, 2026.

SCOTT F. LEARY
United States Attorney
MS. Bar No. 8985

AGREED AND CONSENTED TO:

MONEKEA SMITH-TAYLOR
Defendant

APPROVED:

JOHN KEITH PERRY
Attorney for Defendant