UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| **Case No.:** 4:25-CR-099-SA | **Place Held:** Aberdeen, Mississippi |

**Style:** USA v. MONEKEA M. SMITH-TAYLOR, a/k/a MONEKEA M. SMITH

**Date & Time Began:** 1/20/2026, 2:25 P.M.
**Date & Time Ended:** 1/20/2026, 2:55 P.M.

**Total Time:** 30 minutes

**PRESENT:**

**HONORABLE SHARION AYCOCK, JUDGE**

| | |
|---|---|
| Tracy Wright | Phyllis McLarty |
| **Courtroom Deputy** | **Court Reporter** |
| **Attorneys for Government:** | **Attorney for Defendant:** |
| Feleica L. Wilson | John Keith Perry, Jr. |

**Probation Officer:**
Lance Owings
Brandon Marlier

**PROCEEDINGS:** Waiver of Indictment/Filing of Information/Plea to Information

**DOCKET ENTRY:** Hearing held. Waiver of Indictment Filed. Information Filed. Defendant MONEKEA M. SMITH-TAYLOR, a/k/a MONEKEA M. SMITH pleads GUILTY to Count 1 of the Information.  Defendant continued on current bond. Order Setting Sentencing and Deadlines to follow.

**BOND:** YES                                              **SENTENCING:** APRIL 12, 2026 – 10:00 A.M.

**DANIEL B. MCHUGH, CLERK**

By:    /s/ Tracy Wright
                                                              Courtroom Deputy